IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGELA MALLOY, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. TJS-22-2088 |
| TARGET CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss (ECF No. 17) filed by Target Corporation is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall mail a copy of this Order and the Memorandum Opinion to Plaintiff.

Date: May 12, 2023                              /s/
                                                          Timothy J. Sullivan
                                                          United States Magistrate Judge